UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 22-5261-DMG (JPRx)** | Date December 1, 2022 |
| Title *United African-Asian Abilities Club, et al. v. 7850 Reseda Blvd., LLC, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On November 23, 2022, the Court ordered Plaintiffs to show cause in writing, no later than November 30 2022, why the above-entitled action should not be dismissed for failure to prosecute. To date, Plaintiffs have not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.